1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BILLY GLENN, *et al.*, | Case No. 8:15-cv-02052-DOC-KES |
| Plaintiffs, | **ORDER GRANTING STIPULATION** |
| v. | |
| HYUNDAI MOTOR AMERICA, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the parties' *Joint Status Report and Stipulation*. The Court has reviewed the stipulation and GRANTS the parties' stipulation.

IT IS HEREBY ORDERED that:

1. The Court will continue to stay its resolution of the pending class certification and *Daubert* motions during the parties' efforts to negotiate a settlement.

2. The parties will provide a further status report within thirty days of the Court's order granting this stipulation to apprise the Court of their progress toward resolving this litigation.

IT IS SO ORDERED.

DATED: August 8, 2018

*/s/ David O. Carter*

HON. DAVID O. CARTER
United States District Court Judge