1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BILLY GLENN, *et al.*, | Case No. 8:15-cv-02052-DOC-KES |
| Plaintiffs, | **ORDER GRANTING STIPULATION** |
| v. | |
| HYUNDAI MOTOR AMERICA, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the parties' *Joint Status Report and Stipulation*. The court has reviewed the stipulation and GRANTS the parties' stipulation.

IT IS HEREBY ORDERED that:

1. The Court will continue to stay its resolution of the pending class certification and *Daubert* motions during the parties' efforts to negotiate a settlement.

2. The parties will provide a further status report, or file a motion for preliminary settlement approval, within 45 days of the Court's order granting this stipulation to apprise the Court of their progress towards resolving this litigation.

IT IS SO ORDERED.

DATED: September 10, 2018

*/s/ David O. Carter*
HON. DAVID O. CARTER
United States District Court Judge