Eric H. Gibbs (SBN 178658)
ehg@classlawgroup.com
David Stein (SBN 257465)
ds@classlawgroup.com
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone:  (510) 350-9700
Facsimile:   (510) 350-9701

Kim D. Stephens (*pro hac vice*)
kstephens@tousley.com
Jason T. Dennett (*pro hac vice*)
jdennett@tousley.com
**TOUSLEY BRAIN STEPHENS PLLC**
1700 7th Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992

*Proposed Class Counsel*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BILLY GLENN, *et al.*,<br><br>　　　　　Plaintiffs,<br>v.<br><br>HYUNDAI MOTOR AMERICA, *et al.*,<br><br>　　　　　Defendants. | Case No. 8:15-cv-02052-DOC-KES<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DIRECT NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**<br><br>Date: February 25, 2019<br>Time: 8:30 a.m.<br>Judge: The Hon. David O. Carter<br>Courtroom: 9D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on February 25, 2019, or as soon thereafter as the matter may be heard, before the Honorable David O. Carter, District Judge of the United States District Court for the Central District of California, in Courtroom 9D, Ronald Reagan Federal Building, United States Courthouse, 411 West Fourth Street, Santa Ana, California, 92701, Plaintiffs Billy Glenn, Kim Fama, Jahan Mulla, Kathy Warburton, Roxana Fitzmaurice, and Corinne Kane will, and hereby do, move for entry of an order directing notice of their proposed settlement to the proposed settlement class, approving the proposed notices and notice plan set forth in the settlement agreement pursuant to Fed. R. Civ. P. 23(e), appointing Class Counsel pursuant to Fed. R. Civ. P. 23(g), and setting a schedule for final settlement approval.

Plaintiffs' motion is based on this notice; the accompanying memorandum of points and authorities; the declaration of David Stein and all attachments thereto (including the Settlement Agreement); the declaration of Kim Stephens, and all other papers filed and proceedings had in this action.

DATED: January 30, 2019               Respectfully submitted,

**GIBBS LAW GROUP LLP**

By:   /s/ David Stein

Eric H. Gibbs (SBN 178659)
Steve Lopez (SBN 300540)
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile:  (510) 350-9701
ehg@classlawgroup.com
ds@classlawgroup.com
sal@classlawgroup.com

|   |   |
|---|---|
| 1 | Kim D. Stephens (*pro hac vice*) |
| 2 | Jason T. Dennett (*pro hac vice*) |
| 3 | **TOUSLEY BRAIN STEPHENS PLLC** |
| 4 | 1700 Seventh Avenue, Suite 2200 |
|   | Seattle, WA 98101 |
| 5 | Telephone:  (206) 682-5600 |
| 6 | Facsimile:   (206) 682-2992 |
|   | kstephens@tousley.com |
| 7 | jdennett@tousley.com |
| 8 |   |
| 9 | *Proposed Class Counsel* |
| 10 | Gregory F. Coleman (*pro hac vice*) |
| 11 | Lisa A. White (*pro hac vice*) |
|   | Mark E. Silvey (*pro hac vice*) |
| 12 | **GREG COLEMAN LAW PC** |
| 13 | First Tennessee Plaza |
| 14 | 800 S. Gay Street, Suite 1100 |
|   | Knoxville, Tennessee 37929 |
| 15 | Telephone: (865) 247-0080 |
| 16 | Facsimile: (865) 533-0049 |
|   | greg@gregcolemanlaw.com |
| 17 | lisa@gregcolemanlaw.com |
| 18 | mark@gregcolemanlaw.com |
| 19 |   |
| 20 | Shanon J. Carson (*pro hac vice*) |
|   | Paul C. Peel (*pro hac vice*) |
| 21 | **FARRIS BOBANGO BRANAN PLC** |
| 22 | 999 S. Shady Grove Road, Suite 500 |
|   | Memphis, Tennessee 38120 |
| 23 | (901) 259-7100 Telephone |
| 24 | (901) 259-7150 Facsimile |
|   | ppeel@farris-law.com |
| 25 |   |
| 26 | Eric Lechtzin (SBN 248958) |
| 27 | **BERGER & MONTAGUE, P.C.** |
|   | 1622 Locust Street |
| 28 | Philadelphia, PA 19103 |

215-875-3000 Telephone
215-875-4604 Facsimile
scarson@bm.net
elechtzin@bm.net

*Attorneys for Plaintiffs*

NOTICE OF MOTION & MOTION FOR SETTLEMENT NOTICE TO CLASS
CASE NO. 8:15-CV-02052-DOC-KES