Eric H. Gibbs (SBN 178658)
ehg@classlawgroup.com
David Stein (SBN 257465)
ds@classlawgroup.com
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone:  (510) 350-9700
Facsimile:   (510) 350-9701

Kim D. Stephens (*pro hac vice*)
kstephens@tousley.com
Jason T. Dennett (*pro hac vice*)
jdennett@tousley.com
**TOUSLEY BRAIN STEPHENS PLLC**
1700 7th Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992

*Proposed Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY GLENN, *et al.*,<br><br>              Plaintiffs,<br><br>     v.<br><br>HYUNDAI MOTOR AMERICA, *et al.*,<br><br>              Defendants. | Case No. 8:15-cv-02052-DOC-KES<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL SETTLEMENT APPROVAL AND AWARD OF ATTORNEY'S FEES, LITIGATION COSTS, AND SERVICE AWARDS**<br><br>Date: August 12, 2019<br>Time: 8:30 a.m.<br>Judge: The Hon. David O. Carter<br>Courtroom: 9D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on August 12, 2019, or as soon thereafter as the matter may be heard, before the Honorable David O. Carter, District Judge of the United States District Court for the Central District of California, in Courtroom 9D, Ronald Reagan Federal Building, United States Courthouse, 411 West Fourth Street, Santa Ana, California 92701, Plaintiffs Billy Glenn, Kim Fama, Jahan Mulla, Kathy Warburton, Roxana Fitzmaurice, and Corinne Kane will, and hereby do move for an order of the Court to certify a settlement class, finally approve the parties' proposed classwide settlement, and approve the negotiated award of $5,400,000 (inclusive of attorney's fees, reimbursement of over $700,00 in litigation costs, and service awards of $5,000 each to Plaintiffs Glenn, Fama, Mulla, Warburton, Fitzmaurice, and Kane).

Plaintiffs' motion is based on this notice; the accompanying memorandum of points and authorities; the previously-filed declaration of David Stein, dated January 30, 2019 (ECF 264); accompanying declarations of David Stein, Jason Dennett, Gregory F. Coleman, Paul Peel, and Kirk Kleckner; the Proposed Final Order and Judgment; and all other papers filed and proceedings had in this action.

DATED: May 28, 2019            Respectfully submitted,

**GIBBS LAW GROUP LLP**

By:   /s/ David Stein

Eric H. Gibbs (SBN 178659)
Steve Lopez (SBN 300540)
505 14th Street, Suite 1110
Oakland, California 94612
Telephone:  (510) 350-9700
Facsimile:   (510) 350-9701

ehg@classlawgroup.com
ds@classlawgroup.com
sal@classlawgroup.com

Kim D. Stephens (*pro hac vice*)
Jason T. Dennett (*pro hac vice*)
**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Telephone:  (206) 682-5600
Facsimile:   (206) 682-2992
kstephens@tousley.com
jdennett@tousley.com

*Proposed Class Counsel*

Gregory F. Coleman (*pro hac vice*)
Lisa A. White (*pro hac vice*)
Mark E. Silvey (*pro hac vice*)
**GREG COLEMAN LAW PC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
Telephone: (865) 247-0080
Facsimile: (865) 533-0049
greg@gregcolemanlaw.com
lisa@gregcolemanlaw.com
mark@gregcolemanlaw.com

Shanon J. Carson (*pro hac vice*)
Paul C. Peel (*pro hac vice*)
**FARRIS BOBANGO BRANAN PLC**
999 S. Shady Grove Road, Suite 500
Memphis, Tennessee 38120
(901) 259-7100 Telephone
(901) 259-7150 Facsimile
ppeel@farris-law.com

Eric Lechtzin (SBN 248958)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
215-875-3000 Telephone
215-875-4604 Facsimile
scarson@bm.net
elechtzin@bm.net

*Attorneys for Plaintiffs*